**No. 47730.**—Protest 79097–K of New York Mdse. Co., Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel and following *United States* v. *Heinrich Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30), the claim at only 50 percent ad valorem under paragraph 1506 was sustained.

**No. 47731.**—Protest 78791–K of Iwata Trading Co. (San Francisco).

Opinion by WALKER, J. In accordance with stipulation of counsel, entered into at the trial, the flowers covered by entry 12198 were held dutiable as manufactures in chief value of paper at 35 percent ad valorem under paragraph 1413, as claimed.

**No. 47732.**—Protests 980946–G, etc., of Toronto Pipe Line Co. (Great Falls).

Opinion by WALKER, J. There being no objection on behalf of counsel for the Government, the motion to dismiss was granted.

BEFORE THE SECOND DIVISION, NOVEMBER 18, 1942

**No. 47733.**—Protests 13767–K, etc., of A. D. Cohen Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the hats in question are not bleached, dyed, colored, or stained, and not blocked or trimmed, the claim at 25 percent ad valorem under paragraph 1504(b)(1) was sustained, following Abstract 47291.

**No. 47734.**—Protests 991291–G, etc., of Lou I. Lubin, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the hats in question are not bleached, dyed, colored, or stained, and not blocked or trimmed, the claim at only 25 percent under paragraph 1504(b)(1) was sustained, following Abstract 47291.

**No. 47735.**—Protests 639891–G, etc., of Cohn & Lewis et al (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel, that certain of the items consist of "8-Bu. paper hats," and following *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664), the claim at 25 percent under paragraph 1504(b)(5) was sustained.